IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:00-cr-00169-W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| GREGORY FISHER BUTLER, ) | |
| Defendant. ) | |

THE MATTER is before the Court on Defendant's Motion to Unseal Documents (Doc. No. 149). Defendant requests the Court unseal documents number 102, 104, and 117. The Court finds sufficient reason to grant Defendant's motion, and that the Government has submitted no objection to the motion. The Court further finds that the need for secrecy in these three documents is no longer necessary. Two of the documents were filed by Defendant and sealed at his request. The third document is an order ruling on one of Defendant's sealed motions. Accordingly, all three documents were sealed for Defendant's benefit. In making the motion, Defendant is implicitly waiving the protection he once sought in requesting the documents to be sealed. Defendant's motion is, therefore, GRANTED.

IT IS HEREBY ORDERED that the Defendant's Motion to Unseal (Doc. No. 149) is GRANTED. The Clerk is DIRECTED TO UNSEAL documents numbered 102, 104, and 117 in this matter.

IT IS SO ORDERED.

Signed: October 31, 2007

Frank D. Whitney
United States District Judge