✑AO 247 (NC/W 03/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| GREGORY FISHER BUTLER ) | Case No: 3:00CR169-04 |
| ) | USM No: 16536-058 |
| Date of Previous Judgment: January 30, 2002 ) | Norman Butler |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ■ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 35              Amended Offense Level: 33
Criminal History Category: V            Criminal History Category: V
Previous Guideline Range: Life to ___ months   Amended Guideline Range: Life to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   No reduction is authorized because Defendant's original sentence was "based on" a departure statutory mandatory minimum and not on a sentencing range lowered by Amendment 706.  See United States v. Hood, --- F.3d ----, 2009 WL 416979 (4th Cir. Feb. 20, 2009).

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated   January 30, 2002   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  February 24, 2009

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge